# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br><br>vs.<br><br>AUSTIN WRIGHT,<br><br>          *Defendant*. | **NOTICE OF APPEAL**<br><br><br>No.   5:21-po-00583-SAB |

Notice is hereby given that AUSTIN WRIGHT appeals to the United States District Court for the Eastern District of California from the:

- ( ) Conviction only
- (X) Conviction and Sentence
- ( ) Sentence only:
- (X) Order (specify): Order Denying Defendant's Motion to Dismiss (ECF #80)

Bail Status: The magistrate judge ordered Mr. Wright to self-surrender on October 9, 2025, to begin serving his sentence of ten days of imprisonment.

Dated: August 27, 2025

          */s/ Erin Snider*
          ERIN SNIDER
          Assistant Federal Defender
ADDRESS: Office of the Federal Defender
          2300 Tulare Street, Suite 330
          Fresno, California 93721
PHONE: (559) 487-5561

-----------------------------------------------------------

Name of Court Reporter: ECRO
Transcript Required: ( X ) YES    ( ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)